**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

**OUR ANDROS FISHERIES LTD.**,

    **Plaintiff**,

v.                                         Case No: 6:23-cv-759-PGB-LHP

**ALL ISLAND MARINE SERVICES, LLC** and **FREDERICK GATCHELL**,

    **Defendants.**
_____/

## ORDER

This cause is before the Court on Plaintiff Our Andros Fisheries Ltd.'s ("**Plaintiff**") Renewed Motion for Default Final Judgment (Doc. 17 (the "**Motion**")). Magistrate Judge Leslie Hoffman Price submitted a Report recommending that the case be dismissed without prejudice. (Doc. 21 (the "**Report**")). No party has filed an objection and the time to do so has now passed.

The Complaint in the instant case alleges that the Court has jurisdiction to hear the claims raised therein based upon the diversity of the parties. (Doc. 1, ¶ 5). In reviewing the Motion, Magistrate Judge Hoffman Price determined that the Complaint had failed to adequately allege the citizenship of each of the parties in this matter, as is required to support the Court's diversity jurisdiction. (Doc. 21). Accordingly, Magistrate Judge Hoffman Price issued an Order to Show Cause (Doc. 18 (the "**Order to Show Cause**")) ordering Plaintiff to "show cause in

writing why the case should not be dismissed for lack of subject matter jurisdiction." Thereafter, Plaintiff requested, and was granted, an extension of time for responding to the Order to Show Cause. (*See* Docs. 19, 20). However, Plaintiff nevertheless failed to timely respond to the Order to Show Cause. As a result, Magistrate Judge Hoffman Price issued the Report, wherein she recommends dismissal of the case without prejudice for lack of subject matter jurisdiction. (Doc. 21).

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. 21), filed February 16, 2024, is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

3. The Clerk of Court is **DIRECTED** to terminate any pending motions and thereafter close the file.

**DONE AND ORDERED** in Orlando, Florida on March 4, 2024.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties